STATE of Missouri, Respondent,

v.

Robert L. CORDATO, Appellant.

No. WD 62559.

Missouri Court of Appeals,
Western District.

Oct. 19, 2004.

Sarah Weber Patel, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Robert L. Cordato was charged with murder in the second degree and armed criminal action. Mr. Cordato appeals the trial court's denial of his motion to suppress and admission into evidence of his pre-Miranda statements, his post-Miranda statements including the videotaped confession, and the gun, recovered bullets, and casings.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).